# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. 6:09-mj-00020-WMW

U.S.A.
v.

Hector Castaneda

**JUDGMENT and ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

City          State          Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT or PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT*

DATE: _____
                          _____
                          Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) FINE of $ 580.00          (✓) Penalty ASSESSMENT of $ 20.00

( ) PROCESSING Fee of $ _____   for a TOTAL AMOUNT of $ 600.00 ,

paid within _____ xxxxxxxxxxx OR payments of $ 50.00 per month, commencing

3/3/2009 and due on the 3 of each month until **PAID IN FULL** - note late payments could be subject to late/delinquent charges imposed by C.V.B..

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(✓) PROBATION to be unsupervised / supervised for: Unsupervised probation for 12 months. Terms and conditions: Serve two days custody with credit for two days served, do not operate motor vehicle unless properly licensed, registered and insured.

Payments **must** be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):

☐ CENTRAL VIOLATIONS BUREAU      ✓ CLERK, U.S.D.C.           ☐ CLERK, U.S.D.C.
   PO Box 70939                      501 'I' St., #4-200           2500 Tulare St., Rm 1501
   Charlotte, NC 28272-0939          Sacramento, CA 95814          Fresno, CA 93721
   1-800-827-2982

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: 2/3/2009                          /s/ Laurie C. Yu
                                    for: U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007